IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD STANCL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:24-cv-00697-KM |
| | : |
| MIDLAND CREDIT MANAGEMENT, INC., | : |
| | : |
| Defendant. | : |
| | : |

## DEFENDANT MIDLAND CREDIT MANAGEMENT, INC. RULE 7.1 DISCLOSURE STATEMENT

Defendant Midland Credit Management, Inc respectfully makes the following disclosure:

1. Is the party a non-governmental corporate party?

**Yes.**

2. If the answer to Number 1 is Yes, list below any parent corporation or state that there is no such corporation.

**Encore Capital Group, Inc.**

3. If the answer to Number 1 is Yes, list below any publicly held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

**No.**

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

1

2

        By: */s/ Lauren M. Burnette*
           LAUREN M. BURNETTE, ESQUIRE
           PA Bar No. 92412
           12276 San Jose Blvd.
           Suite 718
           Jacksonville, FL 32223
           (904) 527-1172
           (904) 683-7353 (fax)
           lburnette@messerstrickler.com
           *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on January 31, 2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:  */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: May 16, 2024