UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD STANCL,<br>    Plaintiff<br><br> v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>    Defendant | CIVIL ACTION NO. 3:24-CV-697<br><br>(MEHALCHICK, J.) |

## CASE MANAGEMENT ORDER

AND NOW, this 2nd day of July, 2024, in accordance with Federal Rule of Civil Procedure 16(b) and Local Rule of Court 16.1, and following a telephonic case management conference attend by all parties, during which the views of all counsel were solicited, **IT IS HEREBY ORDERED** that:

1. The following dates and deadlines shall govern the discovery and dispositive motions phase of the above-captioned civil action:

   | | |
   |---|---|
   | **Amendment of Pleadings:** | March 28, 2025 |
   | **Fact Discovery:** | May 30, 2025 |
   | **Plaintiff's Expert Reports:** | June 27, 2025 |
   | **Defendant's Expert Reports:** | July 25, 2025 |
   | **Supplemental Expert Reports:** | August 29, 2025 |
   | **Dispositive Motions** *and*<br> **Supporting Briefs** | October 31, 2025 |

2. On or before the close of fact discovery, the parties shall meet and confer and advise the Court by letter docketed in this case as to whether they wish to have a settlement conference or mediation scheduled in this matter, along with the parties' preference for assignment of a magistrate judge or court mediator to conduct the settlement conference or mediation.
3. Any requests for extension of the discovery deadline must be made at least fourteen (14) days prior to the close of discovery. Requests for extensions of the above time periods will not be granted except for good cause.

4. Any requests for extension of the above time periods must be made by motions in conformity with Local Rule 5.1(g), 7.1, and 7.5 and must be signed by counsel in conformity with the Civil Justice Reform Act of 1990, 28 U.S.C.§ 473(b)(3). Counsel shall not mutually agree to extend any time periods covered by this order, the Federal Rules of Civil Procedure, or the Local Rules of Court without court approval.

5. If dispositive motions are not filed by the deadline established in paragraph 1, the court will schedule a telephonic conference call with the parties to discuss pretrial and trial scheduling.  If the parties determine in advance of the dispositive motion deadline that no such motions will be filed, the parties shall so notify the court.

6. The Clerk of Court shall issue the standard civil practice order forthwith.  Counsel and *pro se* parties are responsible for reading the civil practice order thoroughly upon receipt and for reviewing it regularly as the case proceeds.

        **BY THE COURT:**

        */s/ Karoline Mehalchick*
        **KAROLINE MEHALCHICK**
        **United States District Judge**