IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Stancl,<br>　　　　　　Plaintiff<br><br>v.<br><br>Midland Credit Management, Inc.,<br>　　　　　　Defendant | Docket No. 3:24-cv-00697-KM<br><br>(Judge Karoline Mehalchick)<br><br>ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of this matter with prejudice, with each side to bear its own fees and costs.

| *s/ Brett M. Freeman* | *s/ Lauren Burnette (with consent)* |
|---|---|
| Brett M. Freeman | Lauren Burnette |
| Bar Number PA 308834 | Bar Number PA 92412 |
| FREEMAN LAW | Messer, Strickler, Burnette, LTD |
| Attorney for Plaintiff | Attorney for Defendant |
| 606 Hamlin Highway, Suite 2 | 1805 Myrtle Avenue N #1202 |
| Lake Ariel, PA 18436 | Jacksonville, FL 32209 |
| P: (570) 589-0010 | P: 717-487-2610 |
| F: (570) 456-5955 | lburnette@messerstrickler.com |
| brett@freeman.law | |