### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Stancl,<br>　　　　　Plaintiff<br><br>v.<br><br>Midland Credit Management, Inc.,<br>　　　　　Defendant | Docket No. 3:24-cv-00697-KM<br><br>(Judge Karoline Mehalchick)<br><br>ELECTRONICALLY FILED |

## **ORDER**

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date:_____                          _____
　　　　　　　　　　　　　　　　　　　　　Karoline Mehlachick
　　　　　　　　　　　　　　　　　　　　　United States District Judge