IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Richard Stancl,<br>　　　　　Plaintiff<br><br>v.<br><br>Midland Credit Management, Inc.,<br>　　　　　Defendant | Docket No. 3:24-cv-00697-KM<br><br>(Judge Karoline Mehalchick)<br><br>ELECTRONICALLY FILED |

## ORDER

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties, it is hereby ordered that the stipulation is approved. This matter is hereby dismissed with prejudice, with each party to bear its own fees and costs. The Clerk of Court is directed to dismiss the case.

Date: 9/26/2024

_____
Karoline Mehlachick
United States District Judge